McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Dec 08, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A BLACK LG PHONE, MODEL LM-X210MA, IMEI NUMBER 357093-09-531513-5, AND ANY INTERNAL STORAGE, CURRENTLY HELD BY FBI LOCATED AT 2001 FREEDOM, IN ROSEVILLE, CALIFORNIA | CASE NO. 2:18-SW-976 KJN<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL |

The United States' motion to unseal this case is GRANTED.

DATED: December 8, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1